

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Paul R. Warren Esq.                                    June 23, 2010
Clerk US Bankruptcy Court
Suite 250
300 Pearl Street
Buffalo, NY 14202                                      RE: Joseph S. Bowker
                                                       BK# 04-14378

Dear Paul:

Enclosed please find Trustee's check number _10132_ payable to your order representing un-cashed funds which had been forwarded to Providian for claim #6 and interest on the claim but were returned after three attempts.



FILED
JUN 2 4 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Yours truly,

Thomas J. Gaffney